JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE,<br><br>      Plaintiff,<br><br>v.<br><br>HUI CHUAN WANG, in individual and representative capacity as trustee of the Chiang Family Trust; CHI HONG CHIANG, in individual and representative capacity as trustee of the Chiang Family Trust; and Does 1-10,<br><br>      Defendants. | Case: 2:15-CV-00206-PA-FFM<br><br>**ORDER** |

The entire case is hereby ordered dismissed without prejudice.

Dated: June 24, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

1

Order of Dismissal      Case: 2:15-CV-00206-PA-FFM